IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LARRY A. McKINNEY, Jr., as Personal Representative of the Estate of Larry A. McKinney, Sr. and as Trustee of the Larry A. McKinney, Sr. Living Trust Dated October 5, 2017, <br><br> Plaintiff, <br><br> v. <br><br> ANTHONY PANICO, individually and as trustee of the PANICO FAMILY TRUST, VINCENT PALMIERI, PASQUALE PANICO, MICHAEL PANICO, ACV PROPERTIES, LLC, POST TIME SPORTS BAR AND GRILLE, LLC, AP CAPITAL MANAGEMENT, LLC, FPH MANAGEMENT, INC., FPH LLC, PANICO PROPERTIES, LLC, <br><br> Defendants. | Case No. 1:21-cv-4602 <br> Hon. Andrea R. Wood <br><br> JURY TRIAL DEMANDED |

## DEFENDANT ANTHONY PANICO'S MOTION
## FOR EXTENSION OF TIME TO ANSWER INTERROGATORIES

Defendant Anthony Panico, by his attorneys, Schoenberg Finkel Beederman Bell Glazer LLC, moves this Court for the entry of an order extending the deadline to serve his Amended Responses to Plaintiff's First Set of Interrogatories and his Responses to Plaintiff's Second Set of Interrogatories to January 9, 2022. In support, Defendant Anthony Panico states as follows:

1. On December 20, 2021, Plaintiff served his First Set of Interrogatories on Defendant Anthony Panico ("Panico").

2. On October 14, 2021, Panico served his Responses to Plaintiff's First Set of Interrogatories, and Plaintiff served his Second Set of Interrogatories on Panico.

3. On November 1, 2021, the Court entered a minute order directing Panico to respond to Plaintiff's interrogatories by November 30, 2021. (Dkt. 84).

4. Despite the best efforts and due diligence of Panico and his undersigned counsel, Panico has been unable to submit Amended Responses to Plaintiff's First Set of Interrogatories or Responses to Plaintiff's Second Set of Interrogatories.

5. Panico had been incarcerated at the United States Penitentiary - Thomson since the end of May 2022. On November 21, 2022, undersigned counsel traveled to meet with Panico to review and prepare responses to the Amended Complaint (which includes more than 200 paragraphs of allegations), Plaintiff's Request to Admit Facts (which contained 111 requests), and Plaintiff's discovery requests. The Penitentiary limits legal visits to three hours. Further, when undersigned counsel speaks with Panico by phone, a guard is present with Panico which raises serious concerns regarding the attorney-client privilege and has frustrated Panico's ability to provide the necessary information to his counsel to answer the discovery requests.

6. While Panico and counsel made significant progress enabling Panico to timely file his response to the Amended Complaint and timely serve his responses to the Requests to Admit, they have been unable to complete and serve responses to the two sets of pending interrogatories. Further, Panico has been recently transferred to RRM Chicago, which is a residential reentry management facility. While that bodes well for Panico's ability to more fully participate in his defense, counsel has not yet been able to establish contact with Panico at RRM Chicago.

7. Panico's incarceration has interfered with his undersigned counsel's ability to obtain information necessary to prepare and finalize substantive responses to Plaintiffs' First and Second Set of Interrogatories.

8. Undersigned counsel expects that it will take at least thirty (30) days to obtain the information needed to substantively answer Plaintiff's First and Set of Interrogatories.

9. Based on the foregoing, Panico has good cause for the relief requested herein.

10. Pursuant to Local Rule 37.2, Panico's undersigned counsel hereby certifies that after consulting with Plaintiff's counsel in good faith regarding Panico's request for an extension of time to response to Plaintiff's Interrogatories, the parties have been unable to reach an accord.

WHEREFORE, Defendant Anthony Panico respectfully requests that the Court enter an order extending the deadline for Panico to serve Amended Responses to Plaintiff's First Set of Interrogatories and Responses to Plaintiff's Second Set of Interrogatories to January 9, 2023, and granting such other relief that this Court deems equitable and just.

Respectfully submitted,

**Anthony D. Panico**

*/s:/ Richard M. Goldwasser*
One of His Attorneys

Norman T. Finkel
norm.finkel@sfbbg.com
Richard M. Goldwasser
richard.goldwasser@sfbbg.com
Mark A. Flessner
mark.flessner@sfbbg.com
SCHOENBERG FINKEL BEEDERMAN BELL GLAZER LLC
300 S. Wacker Drive, Suite 1500
Chicago, IL 60606
(312) 648-2300

<u>**CERTIFICATE OF SERVICE**</u>

      The undersigned, Richard M. Goldwasser, certifies that on December 9, 2022, he caused a true and correct copy of the foregoing **DEFENDANT ANTHONY PANICO'S MOTION FOR EXTENSION OF TIME TO ANSWER INTERROGATORIES**, to be served via upon the following individuals by filing the same with the Court's CM/ECF system:

Robert T. O'Donnel
O'Donnel Callagahan LLC
28045 N. Ashley Circle, Stte. 101
Libertyville, IL 60048
rodonnel@och-law.com

Vincent Palmieri
2004 Forest Creek Lane
Libertyville, IL 60048
Vpalm3434@gmail.com

Chris Gair
Jeff Eberhard
Blake Edwards
Gair Eberhard NelsonDedinas Ltd.
1 E. Wacker Dr., Ste. 2600
Chicago, IL 60601
cgair@gairlawgroup.com
jeberhard@gairlawgroup.com
bedwards@gairlawgroup.com

                                                        */s:/ Richard M. Goldwasser*