IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LARRY A. McKINNEY, Jr., as Personal Representative of the Estate of Larry A. McKinney, Sr. and as Trustee of the Larry A. McKinney, Sr. Living Trust Dated October 5, 2017,<br><br>    Plaintiff,<br><br>v.<br><br>ANTHONY PANICO, individually and as trustee of the PANICO FAMILY TRUST, VINCENT PALMIERI, PASQUALE PANICO, MICHAEL PANICO, ACV PROPERTIES, LLC, POST TIME SPORTS BAR AND GRILLE, LLC, AP CAPITAL MANAGEMENT, LLC, FPH MANAGEMENT, INC., FPH LLC, PANICO PROPERTIES, LLC,<br><br>    Defendants. | Case No. 1:21-cv-4602<br>Hon. Andrea R. Wood<br><br>JURY TRIAL DEMANDED |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANTS
ANTHONY PANICO, ACV PROPERTIES, LLC, AP CAPITAL MANAGEMENT, LLC,
FPH MANAGEMENT, INC., FPH LLC, AND PANICO PROPERTIES, LLC**

Pursuant to Local Rule 83.17 and Rule 1.16(b) of the Illinois Rule of Professional Conduct, Schoenberg Finkel Beederman Bell Glazer LLC, Norman T. Finkel, Richard M Goldwasser, Mark A. Flessner, and Andrew S. Johnson (collectively "Counsel") hereby move to withdraw their appearances on behalf of Defendants Anthony Panico, individually, ACV Properties, LLC, AP Capital Management, LLC, FPH Management, Inc., FPH, LLC, and Panico Properties, LLC (collectively, "Defendants"). In support thereof, movants state as follows:

1. Counsel was retained by Defendants to represent their interests in Case No. 1:21 cv-4602.

2. On August 9, 2022, Norman T. Finkel, Richard M Goldwasser, and Mark A. Flessner filed their appearances on behalf of Defendants (Dkts. 69, 70, and 71).

3. On August 15, 2022, Andrew S. Johnson filed his appearance on behalf of Defendants. (Dkt. 75).

4. Counsel has diligently represented Defendants throughout these proceedings.

5. Irreconcilable differences have arisen between Defendants and Counsel making continued representation of Defendants unreasonably difficult.

6. Defendants have advised Counsel they have engaged new attorneys to represent their interest in Case No. 1:21-cv-4602.

7. Defendants will not be prejudiced by the Court granting this motion as no trial date has been set, discovery is still ongoing, and no depositions have been scheduled.

8. Accordingly, Norman T. Finkel, Richard M Goldwasser, Mark A. Flessner, and Andrew S. Johnson respectfully request, pursuant to Local Rule 83.17, that they be granted leave to withdraw as counsel for Defendants.

9. In the event this motion is granted, Counsel will comply with Rule 1.16(d) of the Illinois Rules of Professional Conduct and take all reasonable steps to avoid foreseeable prejudice to Defendants.

10. If granted, Counsel will send Defendants a copy of the Order granting this motion via Certified U.S. Mail and/or e-mail.

11. Pursuant to Local Rule 83.17 and attached to the motion as Exhibit A is the Notification of Party Contact Information Form, which provides the Court with the last known mailing address of Defendants.

WHEREFORE, Schoenberg Finkel Beederman Bell Glazer LLC, Norman T. Finkel, Richard M Goldwasser, Mark A. Flessner, and Andrew S. Johnson respectfully request the Court enter an order granting their motion for leave to withdraw as counsel for Defendants Anthony Panico, individually, ACV Properties, LLC, AP Capital Management, LLC, FPH Management, Inc., FPH, LLC, and Panico Properties, LLC, and for all further relief this Court deems fair and proper.

Dated: October 20, 2023

Respectfully submitted,

By: /s/ *Norman T. Finkel*
On behalf of moving Counsel

Norman T. Finkel
norm.finkel@sfbbg.com
Richard M. Goldwasser
richard.goldwasser@sfbbg.com
Mark A. Flessner
mark.flessner@sfbbg.com
Andrew S. Johnson
andrew.johnson@sfbbg.com
SCHOENBERG FINKEL BEEDERMAN BELL GLAZER LLC
300 S. Wacker Drive, Suite 1500
Chicago, IL 60606
(312) 648-2300

**CERTIFICATE OF SERVICE**

The undersigned, a non-attorney, certifies that on October 20, 2023, she caused a true and correct copy of the foregoing to be served via E-mail and via the CM/ECF system, upon the following individuals:

Robert T. O'Donnell
O'Donnell Callaghan LLC
28045 N. Ashley Circle, Ste. 101
Libertyville, IL 60048
rodonnel@och-law.com

Vincent Palmieri
2004 Forest Creek Lane
Libertyville, IL 60048
Vpalm3434@gmail.com

Chris Gair
Jeff Eberhard
Blake Edwards
Gair Eberhard Nelson Dedinas Ltd.
1 E. Wacker Dr., Ste. 2600
Chicago, IL 60601
cgair@gairlawgroup.com
jeberhard@gairlawgroup.com
bedwards@gairlawgroup.com

/s:/Gabriela Fernandez

# EXHIBIT A

06/12/15

# United States District Court
## Northern District of Illinois

### Notification of Party Contact Information

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**: 1:21−cv−04602

**Case Title**: Larry A McKinney Jr, et al. v. Anthony Panico, et al.

**Judge**: Hon. Andrea R. Wood

**Name of Attorney submitting the motion to withdraw**:
Norman T. Finkel, Mark A. Flessner, Andrew S. Johnson, and Richard M. Goldwasser

**Name of Client**:
FPH Management, Inc.

**Mailing address of Client**: c/o Register Agent, Lavelle Law - 1933 N. Meacham Rd. Ste 600

**City:** Schaumburg    **State:** IL

**Zip:** 60173    **Telephone Number:**

**I attest that the above information is true and correct to the best of my knowledge.**

**Signed:** */s/ Norman T. Finkel*

**Date:** October 20, 2023

06/12/15

# United States District Court
# Northern District of Illinois

## Notification of Party Contact Information

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**: 1:21−cv−04602

**Case Title**: Larry A McKinney Jr, et al. v. Anthony Panico, et al.

**Judge**: Hon. Andrea R. Wood

**Name of Attorney submitting the motion to withdraw**:
Norman T. Finkel, Mark A. Flessner, Andrew S. Johnson, and Richard M. Goldwasser

**Name of Client**:
FPH, LLC

**Mailing address of Client**: 28835 N. Herky Dr. Unit 203

**City:** Lake Bluff     **State:** IL

**Zip:** 60044     **Telephone Number:**

**I attest that the above information is true and correct to the best of my knowledge.**

**Signed:** /s/ Norman T. Finkel

**Date:** October 20, 2023

06/12/15

United States District Court
Northern District of Illinois

**Notification of Party Contact Information**

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**: 1:21−cv−04602

**Case Title**: Larry A McKinney Jr, et al. v. Anthony Panico, et al.

**Judge**: Hon. Andrea R. Wood

**Name of Attorney submitting the motion to withdraw**:
Norman T. Finkel, Mark A. Flessner, Andrew S. Johnson, and Richard M. Goldwasser

**Name of Client**:
Panico Properties, LLC

**Mailing address of Client**: 28045 Ashley Circle, Ste 201

**City:** Libertyville  **State:** IL

**Zip:** 60048  **Telephone Number:**

**I attest that the above information is true and correct to the best of my knowledge.**

**Signed:** /s/ Norman T. Finkel

**Date:** October 20, 2023

06/12/15

# United States District Court
# Northern District of Illinois

### Notification of Party Contact Information

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**: 1:21−cv−04602

**Case Title**: Larry A McKinney Jr, et al. v. Anthony Panico, et al.

**Judge**: Hon. Andrea R. Wood

**Name of Attorney submitting the motion to withdraw**:
Norman T. Finkel, Mark A. Flessner, Andrew S. Johnson, and Richard M. Goldwasser

**Name of Client**:
Anthony Panico

**Mailing address of Client**: 14920 King Ct.

**City:** Libertyville  **State:** IL

**Zip:** 60048  **Telephone Number:**

**I attest that the above information is true and correct to the best of my knowledge.**

**Signed:** /s/ Norman T. Finkel

**Date:** October 20, 2023

06/12/15

United States District Court
Northern District of Illinois

**Notification of Party Contact Information**

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**: 1:21−cv−04602

**Case Title**: Larry A McKinney Jr, et al. v. Anthony Panico, et al.

**Judge**: Hon. Andrea R. Wood

**Name of Attorney submitting the motion to withdraw**:

Norman T. Finkel, Mark A. Flessner, Andrew S. Johnson, and Richard M. Goldwasser

**Name of Client**:

ACV Properties, LLC

**Mailing address of Client**: 28045 Ashley Circle, Ste 201

**City:** Libertyville        **State:** IL

**Zip:** 60048        **Telephone Number:**

**I attest that the above information is true and correct to the best of my knowledge.**

**Signed:** */s/ Norman T. Finkel*

**Date:** October 20, 2023

06/12/15

# United States District Court
# Northern District of Illinois

## Notification of Party Contact Information

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**: 1:21−cv−04602

**Case Title**: Larry A McKinney Jr, et al. v. Anthony Panico, et al.

**Judge**: Hon. Andrea R. Wood

**Name of Attorney submitting the motion to withdraw**:

Norman T. Finkel, Mark A. Flessner, Andrew S. Johnson, and Richard M. Goldwasser

**Name of Client**:

AP Capital Management, LLC

**Mailing address of Client**: 28045 Ashley Circle, Ste 201

**City:** Libertyville       **State:** IL

**Zip:** 60048       **Telephone Number:**

**I attest that the above information is true and correct to the best of my knowledge.**

**Signed:** /s/ Norman T. Finkel

**Date:** October 20, 2023