**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LARRY A. McKINNEY, JR., as Personal Representative of the Estate of Larry A. McKinney, Sr. and as Trustee of the Larry A. McKinney, Sr. Living Trust Dated October 5, 2017,<br>Plaintiff,<br>v. | |
| ANTHONY PANICO, individually and as trustee of the Dominic Alphonse Panico Trust Dated February 15, 2016, the Matea Ann Panico Trust Dated February 15, 2016, the Michael Anthony Panico Trust Dated February 15, 2016, the Pasquale Anthony Panico Trust Dated February 15, 2016, and the Santino Joseph Panico Trust Dated February 15, 2016; VINCENT PALMIERI; ACV PROPERTIES, LLC; ADESSO INVESTMENTS, LLC; AP CAPITAL MANAGEMENT, LLC; FPH LLC; FPH MANAGEMENT, INC.; PANICO PROPERTIES, LLC; and POST TIME SPORTS BAR AND GRILLE, LLC;<br>Defendants. | Case No. 1:21-cv-4602<br><br>Hon. Andrea R. Wood<br><br>Hon. Karyn L. Bass Ehler |

**UNCONTESTED[1] MOTION TO CONTINUE DEADLINES
FOR SETTLEMENT DISCUSSIONS AND STATUS REPORT**

Plaintiff Larry A. McKinney, Jr. ("Plaintiff"), through counsel, respectfully requests to continue the deadlines set in the Court's October 9, 2026 Order (Dkt. 244). In support of this request, Plaintiff shows to the Court the following:

1. On October 8, 2026, Judge Wood referred this case to this Court for a settlement conference.

[1] Counsel for Anthony Panico and his related entities and counsel for Post Time Sports Bar and Grille, LLC do not contest the relief requested in this motion. Plaintiff's counsel has not heard from Mr. Palmieri, who is *pro se*.

2. On October 9, 2026, this Court ordered the parties to tender settlement demands and offers via videoconference and file a status report concerning settlement on October 15, 2026.

3. Plaintiff contacted the parties by email to schedule a videoconference. Counsel for Anthony Panico and his related entities responded that he is out of the country through the end of the week. Accordingly, it will be difficult for Mr. Panico's counsel to participate in a videoconference in time for the parties to file a status report by the current due date of Friday, October 15, 2026.

4. Accordingly, Plaintiff requests that the deadlines for engaging in settlement discussions by videoconference and for filing a status report be continued one week, until October 23, 2026.

WHEREFORE, Plaintiff respectfully requests that the deadlines specified above be continued to October 23, 2026.

Date: October 14, 2026

Respectfully submitted,

/s/ Lisa Wood

Chris Gair (ARDC No. 6190781)
Jeff Eberhard (ARDC No. 6276471)
Lisa Wood (ARDC No. 6304324)
Blake Edwards (ARDC No. 6326850)
Gair Gallo Eberhard LLP
1 E. Wacker Drive, Suite 2600
Chicago, IL 60601
(312) 600-4900
cgair@gairgallo.com
jeberhard@gairgallo.com
lwood@gairgallo.com
bedwards@gairgallo.com