**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Larry A McKinney Jr, et al.

Plaintiff,

v.

Case No.: 1:21−cv−04602
Honorable Andrea R. Wood

Anthony Panico, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 15, 2026:

MINUTE entry before the Honorable Karyn L. Bass Ehler. The Uncontested Motion to Continue Deadlines for Settlement Discussion and Status Report [245] is granted. The deadline for the parties to meet and confer as to settlement and to file a status report as set forth in the Court's prior order [244] is extended by one week. The parties shall file the joint status report on settlement by 10/23/26. The previously scheduled in−person status hearing remains set for 10/27/26 at 9:45 a.m. in Courtroom 1386. Mailed notice. (jxm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.